```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**JOHN WENDELL WHITT**                                              **PLAINTIFF**

     **v.**          **Civil No. 09-5158**

**CAPTAIN ROBERT HOLLY and**
**SHERIFF KEITH FERGUSON**                                          **DEFENDANTS**

### O R D E R

NOW on this 12TH day of August 2011, comes on for consideration the **Magistrate Judge's Report and Recommendations** (Doc. 24), to which there have been no objections. The Court has reviewed the Report and Recommendations and finds it sound in all respects and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendations (Doc. 24) are hereby **adopted in *toto***;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendations, plaintiff's complaint is hereby **DISMISSED** for failure to prosecute and failure to follow a court order. The Clerk is hereby directed to terminate all pending motions.

**IT IS SO ORDERED.**

                                          **/s/ Jimm Larry Hendren**
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**